UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JOSEPH MALATAMBAN RAAB,

                    Plaintiff,                    Case No. 2:19-cv-108

                                                  Honorable Paul L. Maloney
v.

JAMES MCLEOD et al.,

                    Defendants.

_____/

## **ORDER**

In accordance with the opinion entered this date,

**IT IS ORDERED** that the claims against Defendant Blubaugh are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2) because he is immune from suit.

**IT IS FURTHER ORDERED** that the claims against Defendant McLeod are **STAYED** until further order of the Court.

**IT IS FURTHER ORDERED** that within **thirty (30) days** after a final decision by the state court, Plaintiff shall file a motion to re-open in this Court. The motion should describe the result in his state-court case, including the result of any appeals. Failure to file such a motion by the deadline provided may result in the dismissal of the instant case without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall notify this Court of any change of address occurring during the pendency of the stay.

**IT IS FURTHER ORDERED** that this case shall be **ADMINISTRATIVELY CLOSED** until Plaintiff files a motion to re-open in accordance with this order.


Dated:   June 18, 2019                    /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge